

COURT OF APPEALS FOR THE
**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER OF ABATEMENT

Appellate case name:        In re Woody K. Lesikar, Individually, and as Trustee of the
                            Woody K. Lesikar Special Trust

Appellate case number:      01-20-00391-CV

Trial court case number:    2008-65920A

Trial court:                334th District Court of Harris County

Relator, Woody K. Lesikar, individually, and as Trustee of the Woody K. Lesikar Special Trust, has filed a petition for writ of mandamus in this Court, seeking this Court to compel the trial court to vacate its May 21, 2020 order, requiring relator to deposit $500,000 in the court's registry. The May 21, 2020 order was signed by the Honorable Steven Kirkland. Judge Kirkland has ceased to hold the office of judge of the 334th District Court of Harris County, Texas.

Pursuant to Texas Rule of Appellate Procedure 7.2, the Honorable Dawn Rogers is substituted for the Honorable Steven Kirkland as the respondent in this original proceeding. *See* TEX. R. APP. P. 7.2(a). Further, this original proceeding for petition of writ of mandamus is abated and remanded to the trial court to allow Judge Rogers to reconsider the ruling made the basis of relator's petition. *See* TEX. R. APP. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision.").

Within thirty days of the date of this order, the parties are directed to notify the Clerk of this Court of any action taken on reconsideration of the rulings made the basis of relator's petition and file any orders regarding reconsideration of those rulings in a supplemental mandamus record. The Court will then consider a motion to reinstate or motion to dismiss this proceeding, as appropriate.

This original proceeding is **abated**, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: _____/s/ April Farris_____
                     ☑ Acting individually    ☐ Acting for the Court

Date: __January 14, 2021_____